Opinion filed October 21, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed October 21, 2005

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                             No.
11-05-00319-CV

 

                                                                   __________

 

                                                 TIMOTHY
MITCHELL, Appellant

 

                                                                            V.

 

                         D. M. COGDELL
MEMORIAL HOSPITAL ET AL, Appellees

 



 

                                        On
Appeal from the 132nd District Court

 

                                                          Scurry
County, Texas

 

                                                  Trial
Court Cause No. 21892-A

 



 

                                              M
EM O R AN D U M    O P I N I O N

 

On July 27, 2005,
the trial court signed the judgment.  A
motion for new trial was not filed. On August 29, 2005, Timothy Mitchell filed
his notice of appeal, 33 days after the date the judgment was signed.  The notice of appeal is not timely pursuant
to TEX.R.APP.P. 26.1.








On September 23,
2005, the clerk of this court wrote the parties and advised them that it
appeared the notice of appeal was not timely. 
The clerk further directed appellant to respond within 10 days showing a
reasonable explanation for the failure to timely file the notice of
appeal.  Verburght v. Dorner, 959
S.W2d 615 (Tex.1997). Appellant has not responded to our September 23
letter.  A late notice of appeal does not
perfect an appeal unless a proper motion for extension of time is filed or
reasonable explanation is provided. 
TEX.R.APP.P. 26.3; Verburght v. Dorner, supra.

Therefore, the appeal is dismissed for want of
jurisdiction. 

 

PER CURIAM

 

October 21, 2005

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.